IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHARLES EDWARD JONES, SR.,                                  PLAINTIFF
ADC #144544

v.                 NO. 4:11CV00701 JLH-HDY

CHRIS GANN, *et al.*                                               DEFENDANTS

**JUDGMENT**

Pursuant to the Opinion and Order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 17th day of October, 2011.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE