IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHARLES EDWARD JONES, SR.,     PLAINTIFF
ADC # 144544

v.     No. 4:11CV00701 JLH

CHRIS GANN, Detective, Investigation Unit,
North Little Rock Police Department; and
D. KIRBY WRIGHT, Detective, Investigation Unit,
North Little Rock Police Department     DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, the claims of Charles Edward Jones, Sr., that arise under the laws of the United States are dismissed with prejudice. Because the Court declines to exercise supplemental jurisdiction over Jones' state law claims, those claims are dismissed without prejudice. This dismissal counts as a strike under 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from the order and judgment dismissing this action would be frivolous and not in good faith.

IT IS SO ORDERED this 11th day of January, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE