**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

CHARLES EDWARD JONES, SR.,                                                                PLAINTIFF
ADC #144544

v.                                         NO. 4:11CV00701 JLH

CHRIS GANN, Detective, Investigation Unit,
North Little Rock Police Department; and
D. KIRBY WRIGHT, Detective, Investigation
Unit, North Little Rock Police Department                                              DEFENDANTS

## ORDER

The plaintiff's motion for reconsideration is DENIED.  Document #27.

IT IS SO ORDERED this 18th day of January, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE